IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 25-cr-00094-JLK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    **AIDEN FRITZ**
2.    **CHRISTIAN GRANAT**

        Defendant.

___

### Joint Unopposed Motion for an Additional 30-Day Ends of Justice Continuance
___

    Aiden Fritz and Christian Granat, through their individual undersigned counsel, move pursuant to 18 U.S.C. § 3161 to exclude an additional 30 days from the Speedy Trial Clock, and to continue all deadlines in the case. The ends of justice served by this requested continuance outweigh the best interests of the public and the defendants in a speedy trial. This motion is unopposed by the government.

### Procedural Background

1. On April 8, 2025, defense counsel filed a joint unopposed request to exclude 90 days from the speedy trial act. Doc. 29.

2. On April 8, 2025, the Court granted the joint unopposed motion, stating that it would discuss deadlines and settings for the case with parties at the status conference on April 10, 2025. Doc. 30.

3. On April 10, 2025, all parties appeared before the Court for a status conference. The Court determined that, based on the exclusion of 90 days from the Speedy Trial Act, the new trial clock would expire on August 12, 2025.

4. At that time, the Court proposed a trial date of July 14, 2025.

5. Defense counsel for Mr. Granat is unavailable for trial on July 14, 2025.

6. Both counsel for Mr. Granat and Mr. Fritz as well as the government would be available for trial on August 25, 2025.

7. If the Court grants this request for an additional 30-day exclusion – for a total of 120 days including the previous filing – undersigned counsel believes the new speedy trial deadline would be September 11, 2025.

## Law and Argument

1. This Court is authorized under 18 U.S.C. § 3161(h)(7) to exclude any delay for which the ends of justice served by the delay outweigh the best interests of the public and the defendant in a speedy trial. One factor for the Court to consider in granting this delay is "[w]hether the failure to grant such a continuance in the proceeding would be likely to make a continuation of such proceeding impossible, or result in a miscarriage of justice." 18 U.S.C. § 3161(h)(7)(B)(i). In evaluating a request for an ends of justice continuance, "the record must clearly establish the district court considered the proper factors at the time such a continuance was granted." *United States v. Toombs*, 574 F.3d 1262, 1269 (10th Cir. 2009) (quoting *United States v. Gonzales*, 137 F.3d 1431, 1433 (10th Cir. 1998)). The record must contain an explanation for the reason the occurrence of the event identified by the moving party as necessitating the continuance results in the need for additional time. *See id.* at 1271.

2. In *United States v. West*, 828 F.2d 1468, 1470 (10th Cir. 1987), the Tenth Circuit set forth four factors a court should consider when evaluating if a continuance should be granted: (1) the diligence of the party requesting the continuance, (2) the likelihood that the continuance, if granted, would accomplish the purpose underlying the request for continuance, (3) the inconvenience to the opposing party, its witnesses, and the court resulting from the continuance, and (4) the need asserted for the continuance and the harm that could be suffered as a result of the court's denial of the continuance.

3. Counsel requests the Court incorporate the arguments and reasons expressed in the previous filing for an extension of 90 days. Doc. 29.

4. An additional 30 days are necessary in this case to allow defense counsel to be present for trial, in addition to the time needed to continue to investigate, prepare, and litigate this case.

## Conclusion

WHEREFORE, Mr. Fritz and Mr. Granat respectfully request that the Court enter an order excluding 30 days from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h)(7).

Dated: April 11, 2025.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| | |
| *s/Summer Woods* | *s/ Marci G. LaBranche* |
| Summer Woods | Marci G. LaBranche |
| Assistant Federal Public Defender | STIMSON LABRANCHE HUBBARD, LLC |
| Office of the Federal Public Defender | 1652 Downing Street |
| Districts of Colorado and Wyoming | Denver, CO 80218 |
| 633 17th Street, Suite 1000 | Phone/Fax:    720.689.8909 |
| Denver, CO 80202 | Email:   labranche@slhlegal.com |
| Phone: 303-294-7002 | |
| Email: Summer_Woods@fd.org | *Attorney for Aiden Fritz* |
| | |
| *Attorney for Christian Granat* | |

**Certificate of Service**

      I certify that on April 11, 2025, I electronically filed the foregoing ***Joint Unopposed Motion for an Additional 30-Day Ends of Justice Continuance*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Daniel McIntyre
Assistant United States Attorney
U.S. Attorney's Office – Denver
1801 California Street, Ste. 1600
Denver, CO 80202
daniel.mcintyre@usdoj.gov

                                                  */s/ Summer Woods*
                                                  SUMMER WOODS
                                                  Assistant Federal Public Defender
                                                  633 17th Street, Suite 1000
                                                  Denver, CO 80202
                                                  Telephone: (303) 294-7002
                                                  FAX: (303) 294-1192
                                                  Email: Summer_Woods@fd.org
                                                  Attorney for Christian Granat